# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF SOUTH CAROLINA

# COLUMBIA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | CRIMINAL NO. 3:09-1175-JFA |
| ) | |
| LUIS ALBERTO MEJIA-HERNANDEZ ) | |
| ) | |
| _____ ) | |

# NOTICE OF APPEAL

At the request of the defendant, pursuant to F.R. Crim P. 32, notice is hereby given that Luis Alberto Mejia-Hernandez, above named, hereby appeals to the United States Court of Appeals for the Fourth Circuit from the Judgment entered in this action on the 15th day of December 2011.

AT THE DIRECTION OF THE COURT.

LARRY W. PROPES, CLERK OF COURT

s/Mary L. Floyd, Deputy Clerk

Columbia, South Carolina
December 15, 2011